SEPTEMBER 9, 1975

IN THE MATTER OF THE ATTORNEY FEES OF LAURENCE C BURGESS AND JANE BURGESS (PEOPLE v SMITH). (Docket No. 57127.) Leave to appeal prior to decision by the Court of Appeals is considered, and the same is hereby denied September 9, 1975, because petitioners-appellants have failed to persuade the Court that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. *Arthur J. Tarnow* for petitioners-appellants.

SWAINSON, J., not participating.

PEOPLE v MINK. (Docket No. 55480.) The motion for leave to file supplemental brief is considered, and it appearing that this Court's order denying defendant's delayed application for leave to appeal entered on July 16, 1975 (394 Mich 800), now it is therefore ordered, that the motion for leave to file supplemental brief is denied as moot. State Appellate Defender for defendant-appellant.

SWAINSON, J., not participating.

RAISANEN v NAIL. (Docket No. 56553.) Motion by defendant-appellant for reconsideration of this Court's order of May 8, 1975 (394 Mich 773), is considered, and the same hereby is denied because it does not appear that said order entered erroneously. *Ralph H. McIntyre* for plaintiff-appellee. *Graham & Colucci, P. C.,* for defendant-appellant. Case below, Court of Appeals No. 18371, per curiam opinion of December 2, 1974.

SWAINSON, J., not participating.